UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ14-286 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| LEAK SRENG NGOR, a/k/a "Chino,", | ) | |
| Defendant. | ) | |

Offense charged:

Conspiracy to distribute Controlled Substances: Heroin and Methamphetamine

Date of Detention Hearing: July 15, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is also charged, in case no. CR09-282 RAJ, with violation of the conditions of his supervised release.

(2) He has been ordered detained in that proceeding. The issue of detention or release on this new charge is therefore moot.

(3) In defendant's bedroom, law enforcement agents found cocaine, methamphetamine, and thousands of dollars in cash.

(4) The allegation that defendant committed this new offense while on supervised release from this court raises serious questions as to whether he would be a good risk if released on pretrial bond.

(5) The court concurs in the recommendation of the Pretrial Services Office that defendant be detained.

(6) The court orders defendant detained in this case as well. But if he were to be released on the detainer on alleged violations of supervised release, or if other new information becomes available which meets the standard of 18 USC ¶3142(f), defendant may move to reopen the detention issue.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15 day of July, 2014.

John L. Weinberg
United States Magistrate Judge