Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CR14-200RAJ |
| v. | ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD |
| LEAK SRENG NGOR, | |
| Defendant. | |

THIS MATTER having come before the court upon motion of the defendant, LEAK SRENG NGOR, by and through his counsel of record, Michael E. Schwartz;

AND THIS COURT having reviewed the motion of defendant, the declaration of counsel, the records and files herein, and being otherwise fully apprised of the circumstances does hereby

ORDER that attorney Michael Schwartz is allowed to withdraw as attorney of record upon appointment of successor counsel by the Criminal Justice Administration panel.

DATED this 20th day of July, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1